## U.S. Bankruptcy Court
### Middle District of Florida

In re:  
**PROGRESSIVE PLUMBING, INC.**  
Debtor

Bankruptcy Case No. **6:15-bk-07275-KSJ**

**PROGRESSIVE PLUMBING, INC.**  
Plaintiff  
v.  
**THE EVERGREEN CORPORATION**  
**ALLIED WORLD SPECIALTY INSURANCE COMPANY**  
Defendant

Adversary Proceeding No. **6:15-ap-00145-KSJ**

## *SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Middle District of Florida<br>400 West Washington Street, Suite 5100<br>Orlando, FL 32801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Michael A Nardella<br>250 East Colonial Drive, Ste 102<br>Orlando, FL 32801 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*Lee Ann Bennett*

\*\*\* Important Notice \*\*\*

Clerk, U.S. Bankruptcy Court

The enclosed Certificate of Service must be filed with the court after service has been made on the parties.

CSD 3007

## CERTIFICATE OF SERVICE

I, __Michael A. Nardella__, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __10/27/2015__ by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

The Evergreen Corporation
C/O Corporate Access, INC.
236 East 6th Ave
Tallahassee, FL 32303

Allied World Specialty Ins. Co
C/O Jonathan P. Cohen, Esq
Jonathan P. Cohen, PA
500 E Broward Blvd Ste 1710
Fort Lauderdale, FL 33394

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]       (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__10/27/2015__                              __[signature]__
Date                                                 Signature

Print Name: __Michael A. Nardella, Esq.__
Business Address: __250 E Colonial Dr Ste 102__
City: __Orlando__    State: __FL__    Zip: __32801__