ORDERED.

Dated: April 07, 2016

*Karen S. Jennemann*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| PROGRESSIVE PLUMBING, INC., ) | Case No. 6:15-bk-07275-KSJ |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| PROGRESSIVE PLUMBING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary No. 6:15-ap-00145-KSJ |
| ) | |
| THE EVERGREEN CORPORATION and ) | |
| ALLIED WORLD SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER DIRECTING MEDIATION

This adversary proceeding came on for consideration by the Court. After reviewing the pleadings and considering that the Parties potentially could resolve their dispute by mediation, it is

**ORDERED**:

1. The Plaintiff, Progressive Plumbing, Inc. and the Defendants, The Evergreen Corporation and Allied World Specialty Insurance Company (the "Parties"), are directed to mediation for possible resolution of all the issues raised in this adversary proceeding.

2. Mediation is to occur at a mutually convenient time and administered consistent with Local Rule 9019-2.

3. Parties shall select an agreed mediator within seven (7) days of service of this Order. If the Parties cannot agree on a mediator, Parties shall file a joint request for the Court to appoint a designated mediator.

4. Parties are directed to furnish a statement of the dispute together with a copy of all relevant documents to the mediator and the opposing party or parties within twenty one (21) days from service of this Order. The Statement shall <u>not</u> be filed with the Court.

5. Every party participating in the mediation is directed to send a representative with full settlement authority.

6. All parties to mediation are required to attend mediation in person, unless authorized by the Court or mediator to attend by telephone.

7. Parties are directed to each pay an equal share of the cost of the mediation, unless the Court orders otherwise.

8. Following the conclusion of the mediation, the mediator is directed to submit a written report identifying the parties in attendance and indicating whether any settlement was reached. If a settlement is reached, the Parties are directed to file a written settlement agreement executed by the Parties within fourteen (14) days from the conclusion of the mediation and to promptly seek necessary court approval.

9. Mediation must be completed by **June 10, 2016**.

10. A continued pretrial conference is scheduled for **June 10, 2016, at 11:00 a.m.**, in Courtroom A, Sixth Floor, 400 West Washington Street, Orlando, Florida  32801.

Copies furnished to:

The Clerk is directed to serve a copy of this order on all interested parties.