UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC, and
GRACIOUS LIVING DESIGN
CENTER, INC.

      Debtors.

_____/

Chapter 11
Case No.: 6:15-bk-07275-KSJ

Jointly Administered with
Case No.: 6:15-bk-07276-KSJ
Case No.: 6:15-bk-07277-KSJ

PROGRESSIVE PLUMBING, INC.,

      Plaintiff/Debtor,

v.

THE EVERGREEN CORPORATION,
and ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

      Defendants.

_____/

Adv. Pro. No. 6:15-AP-00145-KSJ

## NOTICE OF SETTLEMENT AND AGREED STIPULATION OF DISMISSAL

### (Amended as to the *Certificate of Service* only)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, Defendant and Cross-Plaintiff Allied World Specialty Insurance Company ("Allied"), and Defendant and Cross-Plaintiff The Evergreen Corporation ("Evergreen") (collectively the "Parties"), hereby jointly and mutually stipulate to the dismissal of certain claims, as further defined below, asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice to refiling, with each party to

bear its own attorneys' fees and costs.  The dismissed claims are as follows: all claims brought by Allied against Evergreen, and all claims brought by Evergreen against Allied. This Stipulation follows upon the successful mediation between Allied and Evergreen. A Mediation Settlement Agreement between Allied and Evergreen sets out the continuing rights and obligations between Allied and Evergreen that survive this Stipulation of Dismissal. This Stipulation of Dismissal does not affect a separate case pending in Georgia between Allied and Evergreen, which remain pending until final payment is made under the Mediation Settlement Agreement.

The Debtor consents to the filing of this notice and has filed a motion to compromise controversy relating to claims brought by and against the Debtor (Bankr. D.E. 276).

**RESPECTFULLY SUBMITTED**, this 16th day of May 2016.

/s/ Jonathan P. Cohen
Jonathan P. Cohen, Esq.
Florida Bar No.: 11526
**JONATHAN P. COHEN, P.A.**
500 East Broward Blvd., Suite 1710
Fort Lauderdale, Florida 33394
Telephone: (954) 462-8850
Facsimile: (954) 848-2987
Primary Email: jcohen@jcohenpa.com

**ATTORNEY FOR ALLIED WORLD
SPECIALTY INSURANCE COMPANY**

/s/ Michael A. Tessitore
Michael A. Tessitore, Esq.
Florida Bar No:  948039
**MORAN KIDD LYONS JOHNSON &BERKSON**
111 N. Orange Avenue, Suite 900
Orlando, Florida 32801
Telephone: (407) 841-4141
Facsimile: (407) 841-4148
 Primary Email: mtessitore@morankidd.com

**ATTORNEY FOR THE EVERGREEN
CORPORATION**

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No:  51265
**NARDELLA & NARDELLA, PLLC**
250 E. Colonial Drive, Suite 102
Orlando, Florida 32801
Telephone: (407) 966-2680
Facsimile: (407) 966-2681
Primary Email: mnardella@nardellalaw.com

**ATTORNEY FOR PROGRESSIVE
PLUMBING, INC.**

## CERTIFICATE OF SERVICE

The undersigned, Jonathan P. Cohen, Esquire, hereby certifies that a true and correct copy of the foregoing was furnished on this 16th of May 2016, via filed via CM/ECF system, furnished to all parties participating in CM/ECF Electronic Noticing and by U.S. Mail and facsimile to:

Michael A. Nardella, Esq.
Florida Bar No:  51265
**NARDELLA & NARDELLA, PLLC**
250 E. Colonial Drive, Suite 102
Orlando, Florida 32801
Telephone: (407) 966-2680
Facsimile: (407) 966-2681
Primary Email: mnardella@nardellalaw.com

Michael A. Tessitore, Esquire
Moran Kidd Lyons Johnson & Berkson, P.A.
111 N. Orange Avenue, Suite 900
Orlando, Florida 32801
mtessitore@morankidd.com
(407) 841-4148

/s/ _Jonathan P. Cohen_
Jonathan P. Cohen